UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGELHARD CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>DEFENSE, DONALD RUMSFELD<br>in his official capacity as SECRETARY<br>OF THE DEPARTMENT OF DEFENSE,<br>U.S. MINT, HENRIETTA HOLSMAN<br>FORE, in her official capacity as DIRECTOR<br>OF THE U.S. MINT, NUCLEAR<br>REGULATORY COMMISSION, and NILS<br>J. DIAZ, in his official capacity as CHAIRMAN<br>OF THE NUCLEAR REGULATORY<br>COMMISSION,<br><br>    Defendants. | Civil Action No.:<br><br>**05 11241 JLT** |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF ENGELHARD CORPORATION**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, plaintiff Engelhard Corporation ("Engelhard") hereby states that it is a publicly traded corporation. As Engelhard understands the term "parent corporation" as used in L.R. 7.3, Engelhard has no parent corporation. Upon information and belief, as of March 1, 2005 the only publicly held company that has beneficial ownership of ten percent or more or Engelhard's stock is Citigroup, Inc.

```
```
Respectfully submitted,

For the Plaintiff
ENGELHARD CORPORATION
By its attorneys,

Dated: June 13, 2005

David P. Rosenblatt (BBO # 428570)
Paul R. Mastrocola (BBO #630664)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3330
Telecopier: (617) 345-3299
Email: drosenblatt@burnslev.com
Email: pmastrocola@burnslev.com

Of Counsel

Ronald L. Kuis, Esquire
12 Scenery Road
Pittsburgh, PA 15221
Telephone: 412/731-7246
Telecopier: 412/731-3970
Email: rlkuis@aol.com

J:\Docs\27429\00000\00934092.DOC