%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Engelhard Corporation

V.

United States of America, Et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11241 JLT**

TO: (Name and address of Defendant)

U.S. Attorney for Massachusetts
U.S District Court
One Courthouse Way
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul R. Mastrocola, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 13 2005

CLERK                                                       DATE



(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 14, 2005 |
| NAME OF SERVER: BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **MS. ILONA FERRARA, RECEPTIONIST AND**
Duly Authorized Agent for the within-named **U.S. ATTORNEY FOR MASSACHUSETTS**
Said service was made at:
**ONE COURTHOUSE WAY, BOSTON**, MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

| SERVICE FEE | $ 40.00 | Trips | |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 14, 2005
Date

Signature of Server: [signature]

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| ALSO SERVED: | | | $ _____ |
| CIVIL ACTION COVER SHEET; CATEGORY FORM; CORPORATION DISCLOSURE STATEMENTS OF | | | $ _____ |
| PLAINTIFF ENGELHARD CORPORATION. | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**         One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  Boston, MA 02109            Fax #         (617) 720-5737