# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENGELHARD CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD in his official capacity as SECRETARY OF THE DEPARTMENT OF DEFENSE, U.S. MINT, HENRIETTA HOLSMAN FORE, in her official capacity as DIRECTOR OF THE U.S. MINT, NUCLEAR REGULATORY COMMISSION, and NILS J. DIAZ, in his official capacity as CHAIRMAN OF THE NUCLEAR REGULATORY COMMISSION,<br><br>Defendants. | Civil Action No.: 05 11241 JLT |

## AFFIDAVIT OF PROOF OF SERVICE

I, Paul R. Mastrocola, hereby depose and state as follows:

1. I am an attorney at the law firm Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110 which firm represents plaintiff in above-entitled action.

2. I make this affidavit upon personal knowledge.

3. Pursuant to Fed.R.Civ.P. 4(i), I sent on June 14, 2005, by certified mail requiring a signed receipt, a Summons and the Complaint in this action addressed to each of the following:

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Donald H. Rumsfeld
Secretary of Defense
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Henrietta Holsman Fore
Director of the U.S. Mint
The U.S. Mint Headquarters
801 9th Street, N.W.
Washington, DC 20220

Nils J. Diaz, Chairman
U.S. Nuclear Regulatory Commission
Office of Public Affairs
Mail Stop: 16C1
Washington, DC 20555

4. The return receipts are attached hereto as Exhibit 1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5TH DAY OF AUGUST, 2005.

Paul R. Mastrocola, Esquire (BBO #630664)
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: 617.345-3000
Facsimile: 617.345.3299
Email: pmastrocola@burnslev.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon the attorneys of record for defendants by mail on the 5th day of August, 2005.

Paul R. Mastrocola

J:\Docs\27429\00000\00947475.DOC