## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENGELHARD CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 05 11241 JLT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| DEFENSE, DONALD RUMSFELD | ) | |
| in his official capacity as SECRETARY | ) | |
| OF THE DEPARTMENT OF DEFENSE, | ) | |
| U.S. MINT, HENRIETTA HOLSMAN | ) | |
| FORE, in her official capacity as DIRECTOR | ) | |
| OF THE U.S. MINT, NUCLEAR | ) | |
| REGULATORY COMMISSION, and NILS | ) | |
| J. DIAZ, in his official capacity as CHAIRMAN | ) | |
| OF THE NUCLEAR REGULATORY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ADMISSION
## OF RONALD L. KUIS *PRO HAC VICE*

Pursuant to United States District Court Local Rule 83.5.3(B), plaintiff Engelhard Corporation and its counsel, David P. Rosenblatt and Paul R. Mastrocola, members of the bar of this Court and counsel for the plaintiff in the above-captioned action, hereby move that Ronald L. Kuis, 12 Scenery Road, Pittsburgh, Pennsylvania 15221 be admitted to appear and practice *pro hac vice* in this Court as counsel for the plaintiff in the above-captioned case.

As grounds for this motion, undersigned counsel state that Ronald L. Kuis is a member of the bar of the United States District Court for the Western District of Pennsylvania and a member of the bar of the state of Pennsylvania. A certificate of good standing for Ronald L. Kuis as required by Local Rule 83.5.3(B) is attached as Exhibit A.

The application for leave to practice in this Court is brought by David P. Rosenblatt and Paul R. Mastrocola, members of the bar of this Court, who have previously appeared in the above-captioned action.

WHEREFORE, request is made that this Court admit attorney Ronald L. Kuis to appear and practice in this Court in the above-captioned case.

PLAINTIFF
ENGELHARD CORPORATION
By their attorneys

/s/ Paul R. Mastrocola _____
David P. Rosenblatt, Esquire (BBO # 428570)
Paul R. Mastrocola, Esquire (BBO #630664
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone:  617.345-3000
Facsimile:  617.345.3299
Email: drosenblatt@burnslev.com
Email: pmastrocola@burnslev.com

Dated: August 24, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for plaintiff Engelhard Corporation hereby certifies that he has conferred with counsel for the defendants, Laurel Bedig, Esq., who assents to this Motion.

/s/ Paul R. Mastrocola_____
Paul R. Mastrocola

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon the attorneys for defendants by mail on the 24th day of August, 2005.

By:    /s/ Paul R. Mastrocola_____
Paul R. Mastrocola

J:\Docs\27429\00000\00947322.DOC

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGELHARD CORPORATION, | ) |
| | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | )    Civil Action No.: 05 11241 JLT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| DEFENSE, DONALD RUMSFELD | ) |
| in his official capacity as SECRETARY | ) |
| OF THE DEPARTMENT OF DEFENSE, | ) |
| U.S. MINT, HENRIETTA HOLSMAN | ) |
| FORE, in her official capacity as DIRECTOR | ) |
| OF THE U.S. MINT, NUCLEAR | ) |
| REGULATORY COMMISSION, and NILS | ) |
| J. DIAZ, in his official capacity as CHAIRMAN | ) |
| OF THE NUCLEAR REGULATORY | ) |
| COMMISSION, | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF RONALD L. KUIS, ESQ.
## IN SUPPORT OF *PRO HAC VICE* MOTION

Ronald L. Kuis of Pittsburgh, Pennsylvania, pursuant to United States District Court for the District of Massachusetts Local Rule 83.5.3(B), hereby certifies that he is a member of the bars of the United States District Court for the Western District of Pennsylvania and a member of the bar of the state of Pennsylvania, and that:  (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury.


/s/ Ronald L. Kuis
Ronald L. Kuis, Esq.
12 Scenery Road
Pittsburgh, PA  15221

Dated: August 8, 2005


J:\Docs\27429\00000\00947328.DOC