# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
ENGELHARD CORPORATION,                  )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        **Civil Action No. 05-11241-JLT**
                                        )
UNITED STATES OF AMERICA, <u>et al.</u>,     )
                                        )
            Defendants.                 )
                                        )
_____)

## UNITED STATES' UNOPPOSED MOTION FOR <u>ENLARGEMENTOF TIME TO RESPOND TO COMPLAINT</u>

Defendants United States of America, <u>et al.</u> ("United States"), by and through undersigned counsel, respectfully request an enlargement of time of 15 days, to an including October 14, 2005, within which to file their response to the Complaint filed by Plaintiff Engelhard Corporation.  The United States' response is currently due on September 29, 2005, and this is the United States' second request for an enlargement of time in which to file its response to the Complaint.  Undersigned counsel has conferred with  Plaintiff's counsel regarding this motion, and Plaintiff will not oppose this motion.

Good cause exists for this requested enlargement of time.  Undersigned counsel was recently assigned to handle this case, thereby replacing another counsel for the United States (Laurel A. Bedig, Esq.) who was originally assigned to the case.  (The re-assignment of counsel was necessitated by the extensive trial preparation responsibilities placed upon Attorney Bedig in another matter.)  Moreover, until very recently, undersigned counsel had been engaged in

- 1 -

litigation and settlement efforts in a complex CERCLA cost recovery action against the United

States.  As such, undersigned counsel has been unable to devote sufficient time to fully analyze

Plaintiff's Complaint and complete the United States' response by September 29, 2005.

This motion is made in good faith and is not made to delay this action, or for any other

improper purpose.

Wherefore, this Court should grant this motion and enlarge the time for the United States

to respond to the Complaint, up to and including October 14, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

ANTON P. GIEDT
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA  02210
Tel:  (617) 748-3309
Fax: (617) 748-3967
anton.giedt@usdoj.gov

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

Dated:   September 26, 2005                    /s/ Stephen E. Crowley
                                              STEPHEN E. CROWLEY
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division
                                              Environmental Defense Section
                                              P.O. Box 23986
                                              Washington, D.C.  20026-3986
                                              Tel: (202) 514-0165
                                              Fax: (202) 514-8865

**Local Rule 7.1(a)(2) Certification**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(a)(2), he has conferred with Plaintiff's counsel and that Plaintiff's counsel has assented to this motion.

/s/ Stephen E. Crowley
STEPHEN E. CROWLEY

**CERTIFICATE OF SERVICE**

I, Stephen E. Crowley, hereby certify that I have this 26th day of September, 2005, served a true and correct copy of the foregoing UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT on Plaintiff's counsel of record by electronic filing and first-class, postage pre-paid, U.S. mail, as follows:

Ronald L. Kuis, Esq.
12 Scenery Road
Pittsburgh, PA 15221
rlkuis@aol.com

David P. Rosenblatt
Paul R. Mastrocola
Burns & Levinson, LLP
125 Summer Street
Boston, MA  02110
Drosenblatt@burnslev.com

/s/ Stephen E. Crowley
STEPHEN E. CROWLEY