AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number: Civ A. No. 05-11241-

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants United States of America, United States Department of Defense, Donald Rumsfeld in his official capacity as Secretary of the Department of Defense, United States Mint, Henrietta Holman For in her official capacity as Director of the United States Mint, United States Nuclear Regulatory Commission, and Nils J. Diaz in his official capacity as Chairman of the United States Nuclear Regulatory Commission.

I certify that I am admitted to practice in this court.

| 9/23/2005 | [signature] | |
|---|---|---|
| Date | Signature | |
| | Stephen E. Crowley | (c     atty) |
| | Print Name | Number |
| | U.S. Dept. of Justice, Environment Division, P.O. B | 23986 |
| | Address | |
| | Washington       D.C.       20026- | 5 |
| | City       State       Zip C | |
| | (202) 514-0165       (202) 514-88 | |
| | Phone Number       F | umber |

## CERTIFICATE OF SERVICE

I, Stephen E. Crowley, hereby certify that I have this 23rd day of September, 2005, ser[ved] a true and correct copy of the foregoing APPEARANCE on Plaintiff's counsel of record by fir[st] class, postage pre-paid, U.S. mail, as follows:

>Ronald L. Kuis, Esq.
>12 Scenery Road
>Pittsburgh, PA 15221
>
>David P. Rosenblatt
>Paul R. Mastrocola
>Burns & Levinson, LLP
>125 Summer Street
>Boston, MA  02110

_____
STEPHEN E. CROWLEY