IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGELHARD CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11241-JLT |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | (*Electronic filing*) |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

THIS MATTER having come before the Court on the parties' Joint Motion To Modify Case Schedule and Discovery Order, the Court having reviewed the parties' Joint Memorandum In Support and finding good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED, and therefore:

1) the Rule 16(b) Scheduling Conference set for March 20, 2006, at 2:45 P.M., in Courtroom 20 will be postponed, and instead held on April 26, 2006, at __10:00 a.m.__, in Courtroom _20_, in accordance with Rule 16(b) and L.R. 16.1. Counsel should be prepared to argue all pending motions. Further,

2) the period of time in which to comply with the Court's February 16, 2006 Discovery Order is enlarged; the parties must comply with the requirements set forth in the Order on or before April 17, 2006.

SO ORDERED, this __6７__ day of March 2006.

_____
The Honorable Joseph L. Tauro
UNITED STATES DISTRICT JUDGE