IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENGELHARD CORPORATION, ) | | |
| Plaintiff, ) | | |
| v. ) | **Civil Action No. 05-11241-JLT** | |
| UNITED STATES OF AMERICA, et al., ) | (*Electronic filing*) | |
| Defendants. ) | | |

### UNITED STATES' MOTION FOR JUDGMENT ON
### THE PLEADINGS ON PLAINTIFF'S FOURTH CAUSE OF ACTION

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants United States of America; United States Department of Defense; Donald Rumsfeld, in his official capacity as Secretary of Defense; United States Mint; David A. Lebryk, in his official capacity as Acting Director of the United States Mint;[1] United States Nuclear Regulatory Commission; and Dale E. Klein, in his official capacity as Chairman of the United States Nuclear Regulatory Commission[2] (collectively "United States"), hereby respectfully move the Court to dismiss the Fourth Cause of

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David A. Lebryk, the Acting Director of the United States Mint, is automatically substituted for Henrietta Holsman Fore as a party to this action.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Dale E. Klein, the Chairman of the U.S. Nuclear Regulatory Commission, is automatically substituted for Nils J. Diaz as a party to this action.

Action in Plaintiff Engelhard Corporation's Complaint.[3/]  The United States seeks a judgment of dismissal on the grounds that Plaintiff's Fourth Cause of Action fails to state a claim upon which relief may be granted.  Fed. R. Civ. P. 12(b)(6).  Specifically, the Fourth Cause of Action should be dismissed because Engelhard has failed to resolve a common of joint liability, shared by the United States, and therefore a critical element is missing from its contribution claim.  Even if Engelhard has extinguished a common liability, Engelhard's claim cannot be brought because Engelhard has failed to resolve its liability to EPA for response costs or response actions.  42 U.S.C. § 9613(f)(3)(B).  Finally, assuming arguendo that Engelhard has extinguished a common liability and also resolved its liability to EPA for response costs or response actions, the Fourth Cause of Action is subject to, and barred by, the three-year statute of limitations contained in Section 113(g)(3)(B) of CERCLA, 42 U.S.C. § 9613(g)(3)(B).

In support of the relief requested in this motion, the United States relies upon its Memorandum In Support Its Motion for Judgment on the Pleadings on Plaintiff's Fourth Cause of Action, filed contemporaneously herewith, and all other materials and arguments to be properly submitted in support of the relief requested herein.

---

[3/] On October 18, 2005, the United States filed a motion (Dkt. No. 10) seeking dismissal of the First, Second, Third, Fifth, and Sixth Causes of Action in the Complaint.  On April 26, 2006, the Court held a hearing on that motion, and at the close of that hearing, directed the parties to file a proposed briefing schedule for motions solely addressing the viability of Plaintiff's Fourth Cause of Action.  On May 9, 2006, the Court approved the parties' proposed schedule, see Dkt. No. 23, which called for motions to be filed on July 17, 2006.  On July 14, 2005, the United States filed an unopposed motion for an enlargement of time (Dkt. No. 25), seeking to move the underlying filing date to August 4, 2006.  While the Court has not acted on that most recent motion, the United States is filing this motion with the understanding that August 4 is the operative filing date.

A proposed order is attached to the United States' Memorandum In Support.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the United States respectfully requests oral argument.

                                                                                   Respectfully submitted,

                                                                                   SUE ELLEN WOOLDRIDGE
                                                                                    Assistant Attorney General
                                                                                   Environment & Natural Resources Division

Dated: August 4, 2006                            /s/ Stephen E. Crowley
                                                                                    STEPHEN E. CROWLEY
                                                                                  U.S. Department of Justice
                                                                                  Environment & Natural Resources Division
                                                                                  Environmental Defense Section
                                                                                  P.O. Box 23986
                                                                                  Washington, D.C.  20026-3986
                                                                                  Tel: (202) 514-0165
                                                                                  Fax: (202) 514-8865
                                                                                  Stephen.Crowley@usdoj.gov

                                                                                  MICHAEL J. SULLIVAN
                                                                                  United States Attorney
                                                                                  District of Massachusetts

                                                                                  ANTON P. GIEDT
                                                                                  Assistant U.S. Attorney
                                                                                  1 Courthouse Way
                                                                                  Boston, MA  02210
                                                                                  Tel:  (617) 748-3309
                                                                                  Fax: (617) 748-3967
                                                                                  anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 4th day of August 2006, I served a true and correct copy of the foregoing UNITED STATES' MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFF'S FOURTH CAUSE OF ACTION on Plaintiff's counsel of record by electronic filing, as follows:

        Ronald L. Kuis, Esq.
        12 Scenery Road
        Pittsburgh, PA 15221
        rlkuis@aol.com

        David P. Rosenblatt
        Paul R. Mastrocola
        Burns & Levinson, LLP
        125 Summer Street
        Boston, MA  02110
        Drosenblatt@burnslev.com

                                    /s/ Stephen E. Crowley
                                    STEPHEN E. CROWLEY
                                    Attorney for the Defendants