UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENGELHARD CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-11241-JLT |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

August 9, 2006

TAURO, J.

This court hereby orders that:

1. The <u>United States' Motion for Partial Dismissal</u> [#10] is DENIED WITHOUT PREJUDICE to raising the issues presented in the aforesaid motion after resolution of <u>Engelhard Corporation's Motion for Declaratory and Summary Judgment</u> [#26] and the <u>United States' Motion for Judgment on the Pleadings on Plaintiff's Fourth Cause of Action</u> [#28].

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge