IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGELHARD CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11241-JLT<br>(*Electronic filing*) |

## PLAINTIFF'S NOTICE OF NAME CHANGE

Plaintiff in the above-captioned matter hereby informs the Court that, effective August 1, 2006, its name has been changed to BASF Catalysts LLC.

Plaintiff respectfully requests that the docket be revised to reflect that the plaintiff is now known as BASF Catalysts LLC.

                                                         PLAINTIFF
                                                         BASF CATALYSTS LLC
                                                         By its attorneys,

                                                         /s/ Paul R. Mastrocola
                                                         David P. Rosenblatt, Esquire (BBO # 428570)
                                                         Paul R. Mastrocola, Esquire (BBO #630664)
                                                         Burns & Levinson LLP
                                                         125 Summer Street
                                                         Boston, Massachusetts 02110
                                                         Telephone:  617.345-3000
                                                         Facsimile:  617.345-3299
Dated: November 29, 2006                  Email: drosenblatt@burnslev.com
                                                         Email: pmastrocola@burnslev.com

                                                         /s/ Ronald L. Kuis
                                                         Ronald L. Kuis, Esq.
                                                         12 Scenery Road
                                                         Pittsburgh, PA  15221
                                                         Telephone: (412) 731-7246
                                                         Fax: (412) 731-3970
                                                         Email:  rlkuis@aol.com
                                                         Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of November 2006, served a true and correct copy of the foregoing, Plaintiff's Notice of Name Change on defendants' counsel of record by electronic filing, as follows:

> Stephen E. Crowley, Esquire
> U.S. Department of Justice
> Environmental Defense Section
> P. O. Box 23986
> Washington, DC 20026-3986
> Tele: (202) 514-0165
> Fax: (202) 514-8865
> Stephen.Crowley@usdoj.gov

> /s/ Paul R. Mastrocola
> Paul R. Mastrocola
> Attorney for the Plaintiff,
> Engelhard Corporation

J:\Docs\27429\00000\01079334.DOC