IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                      )
**ENGELHARD CORPORATION,**            )
                                      )
            **Plaintiff,**            )
                                      )          **Civil Action No. 05-11241-JLT**
        **v**                         )          (*Electronic filing*)
                                      )
**UNITED STATES OF AMERICA, <u>et al.</u>,** )
                                      )
            **Defendants.**           )
_____ )

### <u>PLAINTIFF'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, plaintiff BASF Catalysts LLC hereby states that, as of August 1, 2006, its parent

corporation is BASF Corporation, which (indirectly through several affiliate levels) is the sole

owner of plaintiff BASF Catalysts LLC.  BASF Corporation is ultimately owned by BASF

Aktiengesellschaft, a German stock corporation that is publicly traded.

                                      PLAINTIFF
                                      BASF CATALYSTS LLC
                                      By its attorneys,

                                      /s/ Paul R. Mastrocola
                                      David P. Rosenblatt, Esquire (BBO # 428570)
                                      Paul R. Mastrocola, Esquire (BBO #630664)
                                      Burns & Levinson LLP
                                      125 Summer Street
                                      Boston, Massachusetts 02110
                                      Telephone:  617.345-3000
                                      Facsimile:  617.345-3299
Dated: November 29, 2006              Email: drosenblatt@burnslev.com
                                      Email: pmastrocola@burnslev.com

                                      /s/ Ronald L. Kuis
                                      Ronald L. Kuis, Esq.
                                      12 Scenery Road
                                      Pittsburgh, PA  15221
                                      Telephone: (412) 731-7246
                                      Fax: (412) 731-3970
                                      Email:  rlkuis@aol.com
                                      Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of November 2006, served a true and correct copy of the foregoing, Plaintiff's Supplemental Corporate Disclosure Statement on Defendants' counsel of record by electronic filing, as follows:

Stephen E. Crowley, Esquire
U.S. Department of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026-3986
Tele: (202) 514-0165
Fax: (202) 514-8865
Stephen.Crowley@usdoj.gov

/s/ Paul R. Mastrocola
Paul R. Mastrocola
Attorney for the Plaintiff,
Engelhard Corporation

J:\Docs\27429\00000\01079289.DOC