UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BASF CATALYSTS LLC,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | *<br>*<br>*<br>*  Civil Action No. 05-11241-JLT<br>*<br>*<br>*<br>* |

ORDER

March 26, 2007

TAURO, J.

After a hearing on Jan. 18, 2007, the court hereby orders:

1) Plaintiff's Motion for Declaratory and Summary Judgment [#26] is DENIED.

2) Defendants' Motion for Judgment on the Pleadings on Plaintiff's Fourth Cause of Action [#28], having been converted into a Motion for Summary Judgment on Count IV [#28] is ALLOWED.

3) Count IV of Plaintiff's complaint is DISMISSED with PREJUDICE.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge