**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                    )
BASF CATALYSTS LLC,                 )
                                    )
    Plaintiff,                     )
                                    )
v.                                  )   **Civil Action No. 05-11241-JLT**
                                    )
UNITED STATES OF AMERICA, et al.,   )   (*Electronic filing*)
                                    )
    Defendants.                    )
_____)

**JOINT MOTION FOR STAY**

    Plaintiff BASF Catalysts LLC and Defendants (collectively "United States") hereby move jointly for a temporary stay of this case, and state the following in support of their motion:

    1.    On March 26, 2007, the Court granted the United States' motion for summary judgment regarding BASF's Fourth Cause of Action, which was a claim for contribution pursuant to Section 113(f)(3)(B), 42 U.S.C. § 9613(f)(3)(B). Thus, the remaining claims contained in BASF's Complaint include: (a) claims for cost recovery and contribution under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a) (First and Second Causes of Action); (b) a claim for contribution under federal common law (Third Cause of Action); and (c) a claim alleging an imminent and substantial endangerment under Section 7002(a)(1)(B) of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(1)(B) (Fifth Cause of Action). BASF also seeks declaratory relief under the Declaratory Judgment Act, 28 U.S.C. § 2201.

    2.    By an order dated August 9, 2006, Court denied without prejudice a motion by the United States that sought dismissal of each of those remaining claims pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1). See Dkt. No. 30. In denying the United States' motion to dismiss,

the Court stated that the United States could renew its motion after the Court's resolution of the parties' then-pending motions regarding BASF's Fourth Cause of Action.  Id.

3. The parties believe that the merit and/or value of the remaining claims in BASF's Complaint may be influenced significantly by United States v. Atlantic Research Corporation, a case currently pending before the U.S. Supreme Court.  The Supreme Court heard argument in Atlantic Research on April 23, 2007, and the parties expect the Court to decide that case before the end of the current Supreme Court Term, i.e., by late June or early July of this year.  Accordingly, the parties believe that the fair and efficient resolution of the remaining claims in this case should await the Supreme Court's decision and issuance of the mandate in Atlantic Research.

4. Within 45 days after the Supreme Court issues the mandate in Atlantic Research, the parties shall contact the Court to schedule a status conference in this case, at which the Court and the parties will address scheduling for remaining proceedings in this case.

WHEREFORE, the Court should stay proceedings in this case, and order the parties — within 45 days after the Supreme Court issues its mandate in Atlantic Research — to contact the Court to schedule a status conference in this case.

SO ORDERED this _____ day of May 2007.

_____
The Honorable Joseph L. Tauro
UNITED STATES DISTRICT JUDGE

                                                Respectfully submitted,

**FOR BASF CATALYSTS, LLC:**

Dated:  May 2, 2007                                /s/ Paul Mastrocola
                                                    Paul R. Mastrocola
                                                      David P. Rosenblatt
                                                      Burns & Levinson
                                                      125 Summer Street
                                                      Boston, MA 02110
                                                      pmastrocola@burnslev.com
                                                      drosenblatt@burnslev.com

                                                      Ronald L. Kuis, Esq.
                                                      12 Scenery Road
                                                      Pittsburgh, PA 15221
                                                      rlkuis@aol.com
                                                      (412) 731-7246


**FOR THE UNITED STATES:**

                                                      MATTHEW J. McKEOWN
                                                      Acting Assistant Attorney General
                                                      Environment & Natural Resources Division


Dated: May 2, 2007                                /s/ Stephen E. Crowley
                                                      STEPHEN E. CROWLEY
                                                      U.S. Department of Justice
                                                      Environment & Natural Resources Division
                                                      Environmental Defense Section
                                                      P.O. Box 23986
                                                      Washington, D.C.  20026-3986
                                                      Tel: (202) 514-0165
                                                      Fax: (202) 514-8865
                                                      Stephen.Crowley@usdoj.gov

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney
                                                      District of Massachusetts

>ANTON P. GIEDT
>Assistant U.S. Attorney
>1 Courthouse Way
>Boston, MA  02210
>Tel:  (617) 748-3309
>Fax: (617) 748-3967
>anton.giedt@usdoj.gov
>
>*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2007, I served a true and correct copy of the foregoing "Joint Motion," on the following counsel of record, by ECF filing, as follows:

>Ronald L. Kuis
>12 Scenery Road
>Pittsburgh, PA 15221
>rlkuis@aol.com
>
>Paul R. Mastrocola
>David P. Rosenblatt
>Burns & Levinson
>125 Summer Street
>Boston, MA 02110
>pmastrocola@burnslev.com
>drosenblatt@burnslev.com

>/s/ Stephen E. Crowley
>STEPHEN E. CROWLEY
>Attorney for Defendants