UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BASF CATALYSTS LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-11241-JLT |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 11, 2007

TAURO, J.

Considering today's decision in <u>United States v. Atlantic Research Corp.</u>[1], this court hereby orders that:

1. The stay is lifted.

2. By July 16, 2007, Defendants shall file an Answer or motion which addresses Plaintiff's remaining claims.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] No. 06-652, 2007 U.S. LEXIS 7718 (June 11, 2007).