UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BASF CATALYSTS LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-11241-JLT |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 10, 2007

TAURO, J.

Considering the Parties' <u>Joint Motion to Stay Litigation</u> [#46], this court hereby orders that:

1. The case is stayed until October 12, 2007.

2. No further stays will be granted.

3. By October 12, 2007, the Parties shall file a status report indicating whether or not the case has been settled.

4. Should Plaintiff seek leave to amend their complaint, it shall do so by October 12, 2007.

5. By October 26, 2007, Defendants shall Answer or otherwise respond to the complaint, or amended complaint if one has been filed.

IT IS SO ORDERED.

                /s/ Joseph L. Tauro
               United States District Judge