UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BASF CATALYSTS, LLC,<br><br>      Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants. | Civil Action No. 05-11241-JLT |

ORDER

April 23, 2008

TAURO, J.

    After a Status Conference held on April 23, 2008, this court hereby orders:

    1. A Settlement Hearing shall take place on June 12, 2008 at 12:00 P.M.

    2. The Parties shall bring to the Settlement Hearing a written and complete settlement agreement.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                              United States District Judge