**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                               )
BASF CATALYSTS LLC,            )
                                               )
         Plaintiff,                      )
                                               )
v.                                           )        **Civil Action No. 05-11241-JLT**
                                               )
UNITED STATES OF AMERICA, et al.,   )        (*Electronic filing*)
                                               )
         Defendants.                  )
_____)

## STIPULATION

THIS STIPULATION is between the United States of America ("United States") and BASF Catalysts, LLC ("BASF") (collectively the "Parties"), and is a legally binding agreement between the Parties as of the date it is filed with the Court.

WHEREAS, in this case, BASF has asserted claims against the United States under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601-75, and the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6901-92k, pertaining to the Site, which includes an area of approximately 18.3 acres at 32 Taunton Street (on the west of State Route 152) in Plainville, Massachusetts, where Plaintiff owned and operated a manufacturing facility.

WHEREAS, the Parties wish to establish a period of time in which to engage in further efforts to resolve the pending litigation, without the complication and burden associated with the filing of claims by the United States against BASF.

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1.        Except with respect to claims filed or administrative actions taken by the United

States after August 31, 2008, BASF shall not assert in this case, or any other case or administrative proceeding, that any claim or administrative action by the United States related to the Site (including, but not limited to, efforts by the United States to recover CERCLA response costs or natural resource damages) is precluded by the rules pertaining to merger and bar, res judicata, or Federal Rule of Civil Procedure 13(a), or any similar rule or regulation, and shall make no defense or avoidance based on such argument.

2. This Stipulation shall not preclude BASF, with respect to any claims filed or administrative actions taken by the United States related to the Site after August 31, 2008, from pleading or otherwise asserting any defenses it may have to such claims or actions, including, without limitation, the defense that such claims or actions are precluded because the claims or actions were not raised in this Action consistent with Federal Rule of Civil Procedure 13(a) or any similar rule(s) or regulation(s) (including, without limitation, the rules pertaining to merger and bar).

3. Nothing in this Stipulation shall be construed as an admission of any issue of law or fact by BASF or the United States.

4. Nothing in this Stipulation shall be construed to limit the authority of the United States to undertake any action pursuant to applicable law or regulation. This Stipulation in no way affects or relieves any Party of its responsibility to comply with any federal, state, or local law or regulation. Except as specifically provided herein, nothing in this Stipulation alters the rights and/or liabilities of the Parties with respect to any claims that have been or may be filed in this case.

5. This Stipulation represents the entire agreement between the Parties regarding the

timing of the assertion of defenses by BASF that are based on the rules pertaining to merger and bar, or Federal Rule of Civil Procedure 13(a), or any similar rule or regulation, with respect to claims filed or administrative actions taken by the United States.  This Stipulation may not be enlarged or altered except in a written instrument signed by both Parties.

The undersigned representative of each Party certifies that he is fully authorized to enter into the terms of this Stipulation and to legally bind such Party to this document.

                                           Respectfully submitted,

**FOR THE UNITED STATES:**

                                         RONALD J. TENPAS
                                         Acting Assistant Attorney General
                                         Environment & Natural Resources Division

Dated:   April 29, 2008                     /s/ Stephen E. Crowley
                                         STEPHEN E. CROWLEY
                                         United States Department of Justice
                                         Environmental Defense Section
                                         P.O. Box 23986
                                         Washington, D.C.  20026-3986
                                         Tel:  (202) 514-0165
                                         Stephen.Crowley@usdoj.gov

                                         MICHAEL J. SULLIVAN
                                         United States Attorney
                                         District of Massachusetts

                                         ANTON P. GIEDT
                                         Assistant U.S. Attorney
                                         1 Courthouse Way
                                         Boston, MA  02210
                                         Tel:  (617) 748-3309
                                         Fax: (617) 748-3967
                                         anton.giedt@usdoj.gov

                                         *Attorneys for the United States*

**FOR PLAINTIFF BASF CATALYSTS LLC:**

Dated:  April 29, 2008              /s/ Paul R. Mastrocola
                                                        Paul R. Mastrocola
                                                        David P. Rosenblatt
                                                        Burns & Levinson
                                                        125 Summer Street
                                                        Boston, MA 02110
                                                        pmastrocola@burnslev.com
                                                        drosenblatt@burnslev.com

                                                        Ronald L. Kuis, Esq.
                                                        12 Scenery Road
                                                        Pittsburgh, PA 15221
                                                        rlkuis@aol.com
                                                        (412) 731-7246

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of April 2008, a true and accurate copy of the foregoing Stipulation was filed electronically with the Court's CM/ECF system, which automatically notifies the below counsel of record of the filing, via e-mail, as follows:

                Ronald L. Kuis, Esq.
                rlkuis@aol.com

                Paul R. Mastrocola
                David P. Rosenblatt
                pmastrocola@burnslev.com
                drosenblatt@burnslev.com

                                                        /s/ Stephen E. Crowley
                                                       Attorney for the Defendants