UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BASF CATALYSTS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. 05-11241-JLT |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 11, 2008

TAURO, J.

This court hereby orders that:

1. The Parties' <u>Joint Motion for Approval and Entry of Consent Decree</u> [#57] is

   ALLOWED.

2. The Consent Decree submitted by the Parties shall enter as Final Judgment in this action.

3. The July 14, 2008 Settlement Conference is CANCELLED.

4. This case is CLOSED.

   IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                United States District Judge